

# Fischer Law, P.L.

Jason A. Fischer, Esq.
Licensed to Practice in Florida and California



FILED

OCT 20 2021

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

JCS

October 15, 2021

CV21         80251MISC

*Via Federal Express Delivery (Tracking No. 284968140131)*

Clerk of Court
United States District Court
Northern District of California
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, California 94102

    Re:   *In re. Vanzant: DMCA Subpoena*
           *Commanding Production by Discord, Inc.*
           <u>*New Miscellaneous Case Filing*</u>

Dear Sir or Madam:

    Title 17 of the United States Code, Section 512(h), specifies that any person authorized to act on behalf of a copyright holder may request the clerk of any United States district court to issue a subpoena to an online service provider for identification of an alleged infringer in accordance with the Digital Millennium Copyright Act ("DMCA").

    This law firm has the privilege of representing Paige Vanzant, owner of the copyrights in and to certain materials that have been infringed through use of the online services provided by Discord, Inc. ("Discord"). Enclosed with this letter, you will find a copy of Ms. Vanzant's original notice of alleged infringement to Discord. Upon information and belief, a representative of Discord is located within the jurisdiction of this Court who has access to the identities of the Discord users responsible for this infringement of Ms. Vanzant's copyrights.

    In addition to the original notice of infringement, you will also find a proposed subpoena and the required affidavit concerning use of the information sought. Pursuant to the DMCA, we respectfully request that you execute the enclosed subpoena directing Discord's records custodian to disclose the users' identities, and then use the FedEx prepaid return label provided to return a copy of the subpoena to our offices in Miami, Florida. A check in the amount of $49.00 to cover the filing fee to open the miscellaneous case is also enclosed.

DMCA Subpoena
October 15, 2021
Page 2 of 2
_____/


    Please feel free to contact the undersigned by phone or email should you require anything more to honor this request.  Thank you in advance for your assistance with this matter.

    Sincerely,

    Jason A. Fischer