Jason Fischer <jason@fischerlawpl.com>

## Notice of Copyright Infringement
1 message

**Jason Fischer** <jason@fischerlawpl.com>  Fri, Oct 15, 2021 at 1:21 PM
To: copyright@discord.com
Cc: Shane Glynn <shane.glynn@discordapp.com>

Dear Sir or Madam,

This firm is counsel to the MMA fighter and social media influencer Paige Vanzant, owner of all copyrights in and to the photos and video content published through her premium fan site and other social media channels.

It has come to the attention of Ms. Vanzant that copies of her copyrighted content have been reproduced and published on Discord. This infringing content can be found on the following URLs:

- https://media.discordapp.net/attachments/894738005040979998/894747632176595024/image0.jpg
- https://cdn.discordapp.com/attachments/894738005040979998/894747632176595024/image0.jpg
- https://media.discordapp.net/attachments/894738005040979998/894747632424063016/image1.jpg
- https://cdn.discordapp.com/attachments/894738005040979998/894747632424063016/image1.jpg
- https://media.discordapp.net/attachments/894738005040979998/894748579191717888/video0.mov
- https://cdn.discordapp.com/attachments/894738005040979998/894748579191717888/video0.mov
- https://media.discordapp.net/attachments/894738005040979998/894756439720087602/IMG_0898.JPG
- https://cdn.discordapp.com/attachments/894738005040979998/894756439720087602/IMG_0898.JPG
- https://media.discordapp.net/attachments/894738005040979998/894779432932372551/1.PNG
- https://cdn.discordapp.com/attachments/894738005040979998/894779432932372551/1.PNG
- https://media.discordapp.net/attachments/894738005040979998/894779521184694272/2.PNG
- https://cdn.discordapp.com/attachments/894738005040979998/894779521184694272/2.PNG
- https://media.discordapp.net/attachments/894738005040979998/894779615174856784/3.PNG
- https://cdn.discordapp.com/attachments/894738005040979998/894779615174856784/3.PNG
- https://media.discordapp.net/attachments/894738005040979998/894779708900802600/4.PNG
- https://cdn.discordapp.com/attachments/894738005040979998/894779708900802600/4.PNG
- https://media.discordapp.net/attachments/894738005040979998/894802035965313034/98F3BA1D-9529-4A8F-B015-B4E3314D8D53.jpeg
- https://cdn.discordapp.com/attachments/894738005040979998/894802035965313034/98F3BA1D-9529-4A8F-B015-B4E3314D8D53.jpeg
- https://media.discordapp.net/attachments/894738005040979998/894802214139359242/9FD2746F-C542-4E76-93E3-772FCF635984.jpeg
- https://cdn.discordapp.com/attachments/894738005040979998/894802214139359242/9FD2746F-C542-4E76-93E3-772FCF635984.jpeg
- https://media.discordapp.net/attachments/894738005040979998/894802537822191656/0A16602D-7FF0-4C88-A0BA-D8F209AF1AB7.jpeg
- https://cdn.discordapp.com/attachments/894738005040979998/894802537822191656/0A16602D-7FF0-4C88-A0BA-D8F209AF1AB7.jpeg
- https://media.discordapp.net/attachments/894738005040979998/894802596844429312/572A1761-B117-461E-9F77-CBEA2E5F4C64.jpeg
- https://cdn.discordapp.com/attachments/894738005040979998/894802596844429312/572A1761-B117-461E-9F77-CBEA2E5F4C64.jpeg
- https://media.discordapp.net/attachments/894738005040979998/894802597259649056/6C467CB8-5793-4E68-A7ED-71E3EC62EE61.jpeg
- https://cdn.discordapp.com/attachments/894738005040979998/894802597259649056/6C467CB8-5793-4E68-A7ED-71E3EC62EE61.jpeg
- https://media.discordapp.net/attachments/894738005040979998/894950891470348348/image0.png
- https://cdn.discordapp.com/attachments/894738005040979998/894950891470348348/image0.png
- https://media.discordapp.net/attachments/894738005040979998/894950956922458122/image0.png
- https://cdn.discordapp.com/attachments/894738005040979998/894950956922458122/image0.png
- https://media.discordapp.net/attachments/894738005040979998/894951016452198420/image0.png
- https://cdn.discordapp.com/attachments/894738005040979998/894951016452198420/image0.png
- https://media.discordapp.net/attachments/894738005040979998/894951050388336741/image0.png
- https://cdn.discordapp.com/attachments/894738005040979998/894951050388336741/image0.png
- https://media.discordapp.net/attachments/894738005040979998/894951115513278484/image0.png

https://cdn.discordapp.com/attachments/894738005040979998/894951115513278484/image0.png
https://media.discordapp.net/attachments/894738005040979998/894951163483529296/image0.png
https://cdn.discordapp.com/attachments/894738005040979998/894951163483529296/image0.png
https://media.discordapp.net/attachments/894738005040979998/894951227664773140/image0.png
https://cdn.discordapp.com/attachments/894738005040979998/894951227664773140/image0.png
https://media.discordapp.net/attachments/894738005040979998/894951257209471056/image0.png
https://cdn.discordapp.com/attachments/894738005040979998/894951257209471056/image0.png
https://media.discordapp.net/attachments/894738005040979998/895718657819291718/50131_small.jpg
https://cdn.discordapp.com/attachments/894738005040979998/895718657819291718/50131_small.jpg
https://media.discordapp.net/attachments/894738005040979998/895737281288216576/19521989206427557807549405879821121373905.png
https://cdn.discordapp.com/attachments/894738005040979998/895737281288216576/19521989206427557807549405879821121373905.png
https://media.discordapp.net/attachments/894738005040979998/895737498297311274/256560332173430666021961289474432211370.png
https://cdn.discordapp.com/attachments/894738005040979998/895737498297311274/256560332173430666021961289474432211370.png
https://media.discordapp.net/attachments/894738005040979998/896739236680720384/unknown.png
https://cdn.discordapp.com/attachments/894738005040979998/896739236680720384/unknown.png
https://media.discordapp.net/attachments/894738005040979998/896740136350515240/unknown.png
https://cdn.discordapp.com/attachments/894738005040979998/896740136350515240/unknown.png
https://media.discordapp.net/attachments/894738005040979998/896740514110525440/unknown.png
https://cdn.discordapp.com/attachments/894738005040979998/896740514110525440/unknown.png
https://media.discordapp.net/attachments/894738005040979998/896740781258326066/unknown.png
https://cdn.discordapp.com/attachments/894738005040979998/896740781258326066/unknown.png
https://media.discordapp.net/attachments/894738005040979998/896740952234917888/unknown.png
https://cdn.discordapp.com/attachments/894738005040979998/896740952234917888/unknown.png
https://media.discordapp.net/attachments/894738005040979998/896777720552378399/unknown.png
https://cdn.discordapp.com/attachments/894738005040979998/896777720552378399/unknown.png
https://media.discordapp.net/attachments/894738005040979998/898274077528195072/unknown.png
https://cdn.discordapp.com/attachments/894738005040979998/898274077528195072/unknown.png
https://discord.com/channels/894737062312423454/894738005040979998

This copyrighted material was captured from Ms. Vanzant's fan site (https://www.paigefanzant.com/) without permission and has similarly been reproduced and published on Discord without permission. Accordingly, we respectfully request that you remove the above-described copyrighted materials from your site/servers.

Please accept this communication and my statement, on behalf of Ms. Vanzant, as copyright owner, that I have a good-faith belief that the use of the above-described copyrighted materials is not authorized by Ms. Vanzant, her agent, or the law. The information in this notification is accurate, and I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of an exclusive right that is infringed. Should you require additional information, please feel free to contact me by response to this correspondence or at:

Jason A. Fischer
Fischer Law, P.L.
2 South Biscayne Blvd., Suite 2600
Miami, Florida 33131
305-306-3995

Please reply to me confirming that this material has been removed from public access.

Thank you for your attention to this matter and your anticipated cooperation.

Yours very truly,

/s/Jason A. Fischer

   By typing "/s/" followed by my name above, I hereby adopt that electronic signature as my own, pursuant to 15 U.S.C. § 7001 (the "ESIGN Act"), and affirmatively consent to its use as such.

Confidentiality Notice: This communication, including attachments, contains information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.