AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| In re: Vanzant: DMCA Subpoena _____ <br> *Plaintiff* <br> v. <br> _____ <br> *Defendant* | ) <br> ) <br> ) Civil Action No. <br> ) **CV21    80251MISC**  JCS <br> ) <br> ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Discord, Inc.
444 De Haro Street, Suite 200
San Francisco, California 94107

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

Those documents and things described in Exhibit A hereto

| Place: Fischer Law, P.L. <br> 2 South Biscayne Blvd., Suite 2600 <br> Miami, Floirda 33131 | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/21/2021

KATHLEEN SHAMBAUGH
CLERK OF COURT

_____  OR  _____
*Signature of Clerk or Deputy Clerk* WILLIAM NOBLE        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Paige Vanzant _____ , who issues or requests this subpoena, are:
Jason A. Fischer; 2 South Biscayne Blvd., Suite 2600; Miami, Florida 33131; jason@fischerlawpl.com; 305-306-3995

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In re Vanzant:
DMCA Subpoena Commanding                    Case No. 21-MC-80251-JCS
Production by Discord, Inc.

_____/

**EXHIBIT A**
**to Subpoena Commanding Production by Discord, Inc.**

Items and information requested pursuant to this subpoena are any and all information in your possession pertaining to the identity of the individuals who posted the images and content previously appearing at the following URLs:

    https://media.discordapp.net/attachments/894738005040979998/894747632176595024/image0.jpg
    https://cdn.discordapp.com/attachments/894738005040979998/894747632176595024/image0.jpg
    https://media.discordapp.net/attachments/894738005040979998/894747632424063016/image1.jpg
    https://cdn.discordapp.com/attachments/894738005040979998/894747632424063016/image1.jpg
    https://media.discordapp.net/attachments/894738005040979998/894748579191717888/video0.mov
    https://cdn.discordapp.com/attachments/894738005040979998/894748579191717888/video0.mov
    https://media.discordapp.net/attachments/894738005040979998/894756439720087602/IMG_0898.JPG
    https://cdn.discordapp.com/attachments/894738005040979998/894756439720087602/IMG_0898.JPG
    https://media.discordapp.net/attachments/894738005040979998/894779432932372551/1.PNG
    https://cdn.discordapp.com/attachments/894738005040979998/894779432932372551/1.PNG
    https://media.discordapp.net/attachments/894738005040979998/894779521184694272/2.PNG
    https://cdn.discordapp.com/attachments/894738005040979998/894779521184694272/2.PNG
    https://media.discordapp.net/attachments/894738005040979998/894779615174856784/3.PNG

https://cdn.discordapp.com/attachments/894738005040979998/894779615174856784/3.PNG
https://media.discordapp.net/attachments/894738005040979998/894779708900802600/4.PNG
https://cdn.discordapp.com/attachments/894738005040979998/894779708900802600/4.PNG
https://media.discordapp.net/attachments/894738005040979998/894802035965313034/98F3BA1D-9529-4A8F-B015-B4E3314D8D53.jpeg
https://cdn.discordapp.com/attachments/894738005040979998/894802035965313034/98F3BA1D-9529-4A8F-B015-B4E3314D8D53.jpeg
https://media.discordapp.net/attachments/894738005040979998/894802214139359242/9FD2746F-C542-4E76-93E3-772FCF635984.jpeg
https://cdn.discordapp.com/attachments/894738005040979998/894802214139359242/9FD2746F-C542-4E76-93E3-772FCF635984.jpeg
https://media.discordapp.net/attachments/894738005040979998/894802537822191656/0A16602D-7FF0-4C88-A0BA-D8F209AF1AB7.jpeg
https://cdn.discordapp.com/attachments/894738005040979998/894802537822191656/0A16602D-7FF0-4C88-A0BA-D8F209AF1AB7.jpeg
https://media.discordapp.net/attachments/894738005040979998/894802596844429312/572A1761-B117-461E-9F77-CBEA2E5F4C64.jpeg
https://cdn.discordapp.com/attachments/894738005040979998/894802596844429312/572A1761-B117-461E-9F77-CBEA2E5F4C64.jpeg
https://media.discordapp.net/attachments/894738005040979998/894802597259649056/6C467CB8-5793-4E68-A7ED-71E3EC62EE61.jpeg
https://cdn.discordapp.com/attachments/894738005040979998/894802597259649056/6C467CB8-5793-4E68-A7ED-71E3EC62EE61.jpeg
https://media.discordapp.net/attachments/894738005040979998/894950891470348348/image0.png
https://cdn.discordapp.com/attachments/894738005040979998/894950891470348348/image0.png
https://media.discordapp.net/attachments/894738005040979998/894950956922458122/image0.png
https://cdn.discordapp.com/attachments/894738005040979998/894950956922458122/image0.png
https://media.discordapp.net/attachments/894738005040979998/894951016452198420/image0.png
https://cdn.discordapp.com/attachments/894738005040979998/894951016452198420/image0.png
https://media.discordapp.net/attachments/894738005040979998/894951050388336741/image0.png
https://cdn.discordapp.com/attachments/894738005040979998/894951050388336741/image0.png
https://media.discordapp.net/attachments/894738005040979998/894951115513278484/image0.png
https://cdn.discordapp.com/attachments/894738005040979998/894951115513278484/image0.png

https://media.discordapp.net/attachments/894738005040979998/894951163483529296/image0.png
https://cdn.discordapp.com/attachments/894738005040979998/894951163483529296/image0.png
https://media.discordapp.net/attachments/894738005040979998/894951227664773140/image0.png
https://cdn.discordapp.com/attachments/894738005040979998/894951227664773140/image0.png
https://media.discordapp.net/attachments/894738005040979998/894951257209471056/image0.png
https://cdn.discordapp.com/attachments/894738005040979998/894951257209471056/image0.png
https://media.discordapp.net/attachments/894738005040979998/895718657819291718/50131_small.jpg
https://cdn.discordapp.com/attachments/894738005040979998/895718657819291718/50131_small.jpg
https://media.discordapp.net/attachments/894738005040979998/895737281288216576/195219892064275578075494058798121373905.png
https://cdn.discordapp.com/attachments/894738005040979998/895737281288216576/195219892064275578075494058798121373905.png
https://media.discordapp.net/attachments/894738005040979998/895737498297311274/256560332173430666021961289474432211370.png
https://cdn.discordapp.com/attachments/894738005040979998/895737498297311274/256560332173430666021961289474432211370.png
https://media.discordapp.net/attachments/894738005040979998/896739236680720384/unknown.png
https://cdn.discordapp.com/attachments/894738005040979998/896739236680720384/unknown.png
https://media.discordapp.net/attachments/894738005040979998/896740136350515240/unknown.png
https://cdn.discordapp.com/attachments/894738005040979998/896740136350515240/unknown.png
https://media.discordapp.net/attachments/894738005040979998/896740514110525440/unknown.png
https://cdn.discordapp.com/attachments/894738005040979998/896740514110525440/unknown.png
https://media.discordapp.net/attachments/894738005040979998/896740781258326066/unknown.png
https://cdn.discordapp.com/attachments/894738005040979998/896740781258326066/unknown.png
https://media.discordapp.net/attachments/894738005040979998/896740952234917888/unknown.png
https://cdn.discordapp.com/attachments/894738005040979998/896740952234917888/unknown.png
https://media.discordapp.net/attachments/894738005040979998/896777720552378399/unknown.png

>   https://cdn.discordapp.com/attachments/894738005040979998/896777720552378399/unknown.png
>   https://media.discordapp.net/attachments/894738005040979998/898274077528195072/unknown.png
>   https://cdn.discordapp.com/attachments/894738005040979998/898274077528195072/unknown.png
>   https://discord.com/channels/894737062312423454/894738005040979998

The information requested herein includes but is not limited to:

1. The individuals' usernames/account names;

2. The individuals' actual names;

3. The individuals' addresses;

4. The individuals' phone numbers;

5. The individuals' email addresses;

6. The individuals' IP addresses (including dates and times of access); and

7. Billing information for the individuals' accounts.